Filed 5/16/13  P. v. Hickson CA6

## NOT TO BE PUBLISHED IN OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SIXTH APPELLATE DISTRICT

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>       v.<br><br>WILLIE HICKSON,<br><br>    Defendant and Appellant. | H038450<br>(Santa Clara County<br> Super. Ct. No. C1067604) |

Defendant Willie Hickson was declared incompetent to stand trial and on July 20, 2010, was committed to the Department of Mental Health for treatment.  On April 23, 2012, the District Attorney of Santa Clara County filed a petition requesting court ordered involuntary medication.  On June 25, 2012, after a hearing on the petition, the court issued an order to administer medication involuntarily.  (Pen. Code, § 1370, subd. (a)(2)(B)(ii).)  Defendant filed a timely notice of appeal.

On appeal, we appointed counsel to represent defendant in this court.  Appointed counsel filed an opening brief pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*) which states the case and the facts but raises no specific issues.  *Wende* review is only available in a first appeal of right from a criminal conviction.  (*People v. Serrano* (2012) 211 Cal.App.4th 496, 501 (*Serrano*); see also: *Conservatorship of Ben C.* (2007) 40 Cal.4th 529, 543-544; *People v. Taylor* (2008) 160 Cal.App.4th 304.)  Because

defendant's appeal is from an order requiring involuntary medication, he is not entitled to *Wende* review.

Therefore, we will proceed with this appeal pursuant to the standards we enunciated in *Serrano*.

Pursuant to *Serrano,* on March 14, 2013 we notified defendant of his right to submit written argument in his own behalf within 30 days. Thirty days have elapsed and we have received nothing from defendant.

The defendant having failed to raise any issue on appeal, we dismiss the appeal as abandoned. (*Serrano.*, *supra*, 211 Cal.App.4th at pp. 503-504.)

**DISPOSITION**

The appeal is dismissed as abandoned.

_____
                              RUSHING, P.J.

WE CONCUR:

_____
          PREMO, J.

_____
          ELIA, J.